IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| SHARON SURLES, b/n/f and daughter, JAYNEICE JOHNSON, et al., | ) *Consolidated* <br> ) *Lead Case No.* 4:01-cv-00107 |
| Plaintiffs | ) |
| v. | ) No. 4:01-cv-00107 |
| GREYHOUND LINES, INC., and MOTOR COACH INDUSTRIES, INC., | ) |
| Defendants | ) |

## ORDER

In accordance with the Memorandum Opinion this day passed to the Clerk, Defendant MCI's motion for summary judgment [Ct. File No. 274] is hereby GRANTED.

Defendant Greyhound's motion for summary judgment [Ct. File No. 271] is hereby GRANTED IN PART and DENIED IN PART. With respect to Plaintiff's seat belt claim, the motion is GRANTED. In all other respects, the motion is DENIED.

Greyhound's motion to trifurcate liability from damages from punitive damages [Ct. File No. 349] is DENIED.

**E N T E R :**

                                                *s/ James H. Jarvis*
                                        UNITED STATES DISTRICT JUDGE