# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| SHARON SURLES, ET AL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREYHOUND LINES, INC., ET AL., ) | No. 4:01-CV-107 |
| ) | |
| ) | (GUYTON) |
| Defendants ) | |
| ) | |

## AGREED ORDER

Upon agreement of the parties, and for good cause given, plaintiff's counsels' difficulties with the Katrina Hurricane, it is hereby

ORDERED that plaintiff have an additional sixty (60) within which to file its bill of costs.

                                              s/ H. Bruce Guyton
                                              United States Magistrate Judge

APPROVED FOR ENTRY:

**BERKE, BERKE & BERKE**

By:   s/Andrew Berke
    Andrew L. Berke   BPR #16586
*Attorneys for Plaintiffs*
420 Frazier Avenue
Post Office Box 4747
Chattanooga, TN  37405
Telephone: 423/266-5171
Facsimile: 423/265-5307


**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

By: s/Fredrick N. Sager, Jr.
    Fredrick N. Sager, Jr.     BPR#622070
*Attorneys for Defendants*
950 E. Paces Ferry Rd., Ste. 300
Atlanta, GA 30326
404/876-2700 - telephone
404/875-9433 – facsimile