# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

SHARON SURLES, et al., )
)
       Plaintiffs, )
)
v. )    No. 4:01-CV-107
)    (GUYTON)
GREYHOUND LINES, INC., )
)
       Defendant. )

## MEMORANDUM AND ORDER

The defendant has filed a Motion For Leave Of Court To Interview Jurors [Doc. 454].

The defendant argues that there are two compelling reasons for the Court to allow it to interview:

(1) that defendant is defending other cases in Georgia state courts arising out of the accident from

which the present suit arose, and (2) that they jury foreperson, Edwin L. Morris, gave a statement

to the media which was published in a Chattanooga newspaper.

The plaintiff has not filed a response to the motion.

Local Rule 48.1 for the United States District Court for the Eastern District of

Tennessee states:

> No attorney, party of representative of either may interrogate a juror after a verdict
> has been returned or the trial has been otherwise concluded, without prior permission
> of the court.

The Court finds that the defendant's Motion is not well-taken, and, therefore, the

Motion For Leave Of Court To Interview Jurors [Doc. 454] is **DENIED**.

    **IT IS SO ORDERED.**

                **ENTER:**

                _____s/ H. Bruce Guyton_____
                United States Magistrate Judge