IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHARON SURLES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:01-CV-107 |
| | ) | (GUYTON) |
| GREYHOUND LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court for consideration of Defendant Greyhound Lines, Inc.'s Renewed Motion For Judgment As A Matter of Law Or, In the Alternative, Motion For New Trial [Doc. 452]. The plaintiff has filed a Response [Doc. 462] in opposition. The issues raised have been fully briefed, and the motion is ripe for determination.

The Court has reviewed the record in this case. The Court also has carefully considered the arguments of counsel and the legal authorities cited by the parties. The Court finds that the subject Motion [Doc. 452] is not well-taken, and therefore, the Renewed Motion For Judgment As A Matter of Law Or, In The Alternative, For New Trial [Doc. 452] is **DENIED**.

**IT IS SO ORDERED.**

                                                 **ENTER:**

                                                 s/ H. Bruce Guyton
                                          United States Magistrate Judge