IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHARON SURLES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:01-CV-107 |
| ) | (GUYTON) |
| GREYHOUND LINES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

The defendant Greyhound Lines, Inc. filed a motion [Doc. 481], seeking a stay of execution of the judgment entered by this Court on August 11, 2005 pending the defendant's appeal of that judgment. The defendant's motion [Doc. 481] indicates that a proposed supersedeas bond would be filed within the next ten days. Subsequently, the defendant filed another motion [Doc. 482], seeking a stay of execution of judgment and submitting a proposed supersedeas bond. Accordingly, the Court finds that the defendant's first motion for stay of execution [Doc. 481] is moot and should be **DENIED AS MOOT**.

With respect to the defendant's second motion [Doc. 482], the Court has reviewed the pleadings, and it appears to the Court that the proposed supersedeas bond is in the correct form, is in a sufficient amount to provide adequate security for those opposing the appeal, and is backed by a duly-qualified surety. Therefore, the defendant's Motion for Stay of Execution of Judgment and Approval of Supersedeas Bond [Doc. 482] is **GRANTED**. It is **ORDERED** that:

> 1. The supersedeas bond in the form, amount, and with the sureties as shown in the Exhibit to the Motion for Stay of Execution of

Judgment and Approval of Supersedeas Bond [Doc. 482] is **APPROVED** by this Court; and

2. Any proceedings to enforce the judgment entered in this action on August 11, 2005 are **STAYED** pending the determination of Greyhound Lines, Inc.'s appeal from this judgment, provided that Greyhound Lines, Inc. file the supersedeas bond approved in this Order on or before **February 17, 2006**.

**IT IS SO ORDERED.**

                      **ENTER:**

                      s/ H. Bruce Guyton
                      United States Magistrate Judge