IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| SHARON SURLES, b/n/f and daughter, JAYNEICE JOHNSON, | *Case No. 4:01-cv-107* |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC. | |
| **Defendant.** | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs and Defendant consenting hereto, by their undersigned counsel of record, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' claims against Defendant Greyhound Lines, Inc. and this case have been and are dismissed with prejudice with each party to bear its own costs.

This __ day of _____, 2007.

                s/ H. Bruce Guyton
               United States Magistrate Judge
             JUDGE

             CONSENTED TO AND SUBMITTED BY:

             Stanley J. Jacobs
             Attorney for Plaintiffs

JACOBS, MANUEL & KAIN
320 Somerulos Street
Suite 329
Baton Rouge, LA 70802

             (Signatures Continued)

_____
Frederick N. Sager, Jr.
Attorney for Defendant Greyhound Lines, Inc

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326